# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:17cr63/MCR

**DARREN L. LEE**

_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court on the government's Motion for Issuance of a Preliminary Order of Forfeiture (Doc. 29) for the following property:

**A.  a Cobra Enterprises Model C22M .22-caliber pistol, serial number 091648 ("Subject Property").**

WHEREAS, on or about June 7, 2017, a federal grand jury sitting in the Northern District of Florida returned an Indictment against the defendant charging him with one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e) (Doc. 1.);

AND WHEREAS, in the Indictment in the above-entitled action, the United States sought criminal forfeiture from the defendant pursuant to 18 U.S.C. § 3665, of any and all interest the defendant had in the firearm involved in this violation, that is, a Cobra Enterprises .22-caliber pistol, serial number 091648 (Doc. 1 at 2-3);

AND WHEREAS, on or about August 11, 2017, the defendant pled guilty to Count One of the Indictment, and pursuant to the defendant's plea and consent, and

1

as stated in the Indictment, the defendant agreed to forfeit all forfeitable assets to the United States of America, including the firearm described in the Indictment (Doc. 25);

AND WHEREAS, by virtue of said guilty plea and consent of forfeiture, the United States is now entitled to possession of the Subject Property, pursuant to 18 U.S.C. § 3665 and Fed. R. Crim. P. 32.2(b); now wherefore,

IT IS HEREBY ORDERED that the government's Motion is GRANTED and pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(4), all of defendant's right and interest in the Subject Property is hereby forfeited to and vested in the United States of America for disposition according to law.

It is further ORDERED that upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

It is further ORDERED that the United States shall publish notice of the Order and its intent to dispose of the Subject Property in such a manner as the Attorney General (or a designee) or the Secretary of the Treasury (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

It is further ORDERED that, in accordance with the law, the United States shall cause to be published at least once, notice of this Order, notice of its intent to

dispose of the Subject Property in such manner as the Attorney General (or a designee) may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the Subject Property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official internet government forfeiture site at www.forfeiture.gov.  The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property.

It is further ORDERED that any person, other than the above-named defendant, asserting a legal interest in the Subject Property may, within thirty (30) days of the Final Publication of Notice or Receipt of Notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his/her alleged interest in the Subject Property, and for an amendment of the Order of forfeiture, pursuant to 18 U.S.C. § 982(b)(1), which incorporates 21 U.S.C. § 853(n).

It is further ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, or before sentencing if the defendant consents, and shall be made part of the sentence and included in the judgment.  If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

It is further ORDERED that any petition filed by a third party asserting an interest in the Subject Property shall be signed by petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, the title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

It is further ORDERED that after the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

It is further ORDERED that the United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) (which is incorporated by 18 U.S.C. § 982(b)) for the filing of third party petitions.

It is further ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED this 16th day of August, 2017.

                                           s/ *M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**